## BANKERS LIFE & CASUALTY COMPANY, appellant

### v.

### James A. PHILLIPS, appellee.

Court of Appeals of Kentucky.

Jan. 22, 1954.

H. R. Wilhoit, Grayson, for appellant.

O. F. Duval, Olive Hill, for appellee.

PER CURIAM.

We are affirming the judgment allowing recovery of $1,000 on a life insurance policy because the record does not disclose any error prejudicial to the appellant's substantial rights.

Judgment affirmed.